THE HON. J. KELLEY ARNOLD

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| STACEY MONAHAN, )<br> )<br>  Plaintiff, )<br> )<br>vs. )<br> )<br>KNIGHT TRANSPORTATION, INC., a )<br>foreign corporation, and STEVEN FRANKS )<br>and JANE DOE FRANKS, husband and wife; )<br> )<br>  Defendants. )<br> ) | Case No.  C07-5290JKA<br><br>STIPULATED ORDER GRANTING PARTIAL SUMMARY JUDGMENT RE LIABILITY |

This matter having come before the court on the motion of the plaintiff, Stacey Monahan, and now upon the stipulation of the parties as indicated by the signatures of counsel set forth below; the court acknowledging such stipulation and having reviewed the files and records herein and otherwise being duly advised; now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiff is granted summary judgment as against defendants on the issue of liability.  The issue of damages is reserved for trial.

Dated this 8th day of July, 2008.

*/s/ J. Kelley Arnold*
The Honorable J. Kelley Arnold

STIPULATED ORDER GRANTING
PARTIAL SUMMARY JUDGMENT RE
LIABILITY -1

Joseph J. Loran
**DOLACK, HANSLER, LORAN & RITCHIE, P.S.**
ATTORNEYS AT LAW
1111 Tacoma Avenue South
Tacoma, Washington  98402
Tacoma (253) 383-7123  Des Moines (253) 838-9061
Fax (253) 572-1435

| Presented by: | Approved for entry;<br>Notice of presentation waived: |
|---|---|
| _____<br>Joseph J. Loran<br>Attorney for Plaintiff | _____<br>Michael A. Jaeger<br>Attorney for Defendants |

STIPULATED ORDER GRANTING
PARTIAL SUMMARY JUDGMENT RE
LIABILITY -2

Joseph J. Loran
**DOLACK, HANSLER, LORAN & RITCHIE, P.S.**
**ATTORNEYS AT LAW**
1111 Tacoma Avenue South
Tacoma, Washington  98402
Tacoma (253) 383-7123   Des Moines (253) 838-9061
Fax (253) 572-1435