THE HONORABLE J. KELLEY ARNOLD
Trial Date: September 8, 2008

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| STACEY MONAHAN, | |
|---|---|
| Plaintiff, | No. C07-5290JKA |
| vs. | STIPULATION AND ORDER OF DISMISSAL |
| KNIGHT TRANSPORTATION, a foreign corporation, and STEVEN FRANKS and JANE DOE FRANKS, husband and wife, | |
| Defendants. | |

## **STIPULATION**

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice and without costs.

DATED this 19th day of August, 2008

WILSON SMITH COCHRAN DICKERSON

By __//ss//_____
Michael A. Jaeger
WSBA #23166
Of Attorneys for Defendants

STIPULATION AND ORDER OF DISMISSAL – 1

<<UD:constants:personalinitialslc>> / MAJ / <<client number>>.<<matter number>> / Stipulation and ORder of Dismissal-Monahan.doc

**WILSON SMITH COCHRAN DICKERSON**
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100  FAX: (206) 623-9273

DOLACK HANSLER LORAN & RITCHIE

By ___//ss//_____
    Joseph J. Loran
    WSBA # 14746
    Of Attorneys for Plaintiff

### ORDER OF DISMISSAL

Based on the above stipulation, IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs.

DATED this 21st day of August, 2008

*/s/ J. Kelley Arnold*_____
U.S. MAGISTRATE JUDGE

Presented by:

WILSON SMITH COCHRAN DICKERSON

By ___//ss//_____
    Michael A. Jaeger
    WSBA #23166
    Of Attorneys for Defendants

Approved as to form; notice of presentation waived:

DOLACK HANSLER LORAN & RITCHIE

By ___//ss//_____
    Joseph J. Loran
    WSBA # 14746
    Of Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL – 2
<<UD:constants:personalinitialslc>> / MAJ / <<client number>>.<<matter number>> / Stipulation and ORder of Dismissal-Monahan.doc

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100  FAX: (206) 623-9273